1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN MENDOZA,<br><br>                              Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE,<br><br>                              Defendants. | Case No.: 21-cv-00991-H-JLB<br><br>**ORDER:**<br><br>**(1) SUBMITTING DEFENDANT'S MOTION TO DISMISS; AND**<br><br>**(2) DENYING THE PARTIES' JOINT MOTION TO CONTINUE THE HEARING AS MOOT**<br><br>[Doc. No. 7.] |

On August 13, 2021, Defendant Louis DeJoy, Postmaster General of the United States Postal Service, filed a motion to dismiss Plaintiff Marilyn Mendoza's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Doc. No. 3.)  On September 3, 2021, Plaintiff filed a response in opposition to Defendant's motion to dismiss.  (Doc. No. 4.)  On September 13, 2021, Defendant filed a reply.  (Doc. No. 5.)  A hearing on Defendant's motion to dismiss is currently scheduled for October 12, 2021 at 10:30 a.m.

On September 28, 2021, the parties filed a joint motion to continue the hearing on Defendant's motion to dismiss to November 2, 2021.  (Doc. No. 7.)  The Court, pursuant to its discretion under Civil Local Rule 7.1(d)(1), determines the matter is appropriate for

resolution without oral argument, submits the motion on the parties' papers, and vacates the hearing.  In light of this, the Court denies the parties' joint motion to continue the hearing as moot.

**IT IS SO ORDERED.**

DATED: September 29, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

21-cv-00991-H-JLB